IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Snooks Jr, Thomas J | Case Number: 05 B 42770 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/23/08 | Filed: 10/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: July 10, 2008
Confirmed: November 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,276.00 | |
| Secured: | | 19,675.43 |
| Unsecured: | | 1,678.14 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 1,323.21 |
| Other Funds: | | 1,499.22 |
| Totals: | 26,276.00 | 26,276.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 400.00 | 400.00 |
| 2. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 12,378.22 | 782.99 |
| 5. | General Motors Acceptance Corp | Secured | 18,892.44 | 18,892.44 |
| 6. | Capital One | Unsecured | 74.44 | 744.41 |
| 7. | Jefferson Capital | Unsecured | 93.37 | 933.73 |
| 8. | CDA Services Inc | Unsecured | | No Claim Filed |
| 9. | Allied Interstate | Unsecured | | No Claim Filed |
| 10. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 11. | Household | Unsecured | | No Claim Filed |
| 12. | NW Collector | Unsecured | | No Claim Filed |
| 13. | Providian | Unsecured | | No Claim Filed |
| 14. | The Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 33,538.47 | $ 23,453.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 331.43 |
| 5% | 135.00 |
| 4.8% | 237.60 |
| 5.4% | 502.52 |
| 6.5% | 116.66 |
| | _____ |
| | $ 1,323.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Snooks Jr, Thomas J

Printed:  9/23/08

Case Number:  05 B 42770

Judge:  Wedoff, Eugene R

Filed:  10/3/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

